NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1332, -1333, -1334

WILLIAM R. KOWALSKI,

Plaintiff-Appellee,

v.

MOMMY GINA TUNA RESOURCES,
KING TUNA, INC., JOAQUIN T. LU (also known as Jake Lu),
MOMMY GINA TUNA RESOURCES, INC., INTEGRAL SEAFOOD LLC,
GJ FRESH LLC, RICHARD FRIEND, SEAFRIEND,
and CITRA MINA SEAFOOD CORPORATION
(also known as Citra Mina Seafood Market),

Defendants-Appellants.

Appeal from the United States District Court for the District of Hawaii in consolidated case nos. 05-CV-00679, 05-CV-00787, and 06-CV-00182, Magistrate Judge Barry M. Kurren.

ON MOTION

<u>ORDER</u>

Upon consideration of Mommy Gina Tuna Resources, et al.'s unopposed motion for an extension of time, until August 17, 2009, to file their brief,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JUN 24 2009

_____
Date

_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 24 2009

JAN HORBALY
CLERK

cc: Carl Crowell, Esq.
Milton M. Yasunaga, Esq.

m2